UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER L W.,<br><br>                      Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                      Defendant. | Case No. C23-5689 RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.  On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing; develop the record as necessary; consider all pertinent issues, including, but not limited to, reevaluating the medical opinion and prior administrative medical finding evidence, and Plaintiff's subjective complaints; and issue a new decision.  After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 8th day of February, 2024.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1